# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. EDGAR JUJUAN ROBERTS, Defendant. | CR 24-99-BLG-SPW<br><br>ORDER |
|---|---|

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment Without Prejudice (Doc. 45). For good cause being shown,

IT IS HEREBY ORDERED that the motion to dismiss the indictment without prejudice against defendant Roberts is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 26th day of December, 2024.

SUSAN P. WATTERS
United States District Judge

1